ACCEPTED
11-17-00080-CV
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
6/30/2017 11:47 AM
SHERRY WILLIAMSON
CLERK

NO. 11-17-00080-CV

IN THE COURT OF APPEALS FOR THE
ELEVENTH DISTRICT
EASTLAND, TEXAS

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/30/17 11:47:26 AM
SHERRY WILLIAMSON
Clerk

BITTER CREEK WATER SUPPLY CORPORATION
Appellant,

v.

WESLEY SIMS
Appellee

On Appeal from the 32nd District Court, Nolan County, Texas
Cause No. 19,506

## APPELLEE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

NOW COMES Appellee, Wesley Sims, and requests this Court to extend the time to file his brief until July 31, 2017.

### A. Introduction

1. Appellee is Wesley Sims; Appellant is Bitter Creek Water Supply Corporation.

2. No rule provides a deadline to file this motion to extend. *See* Tex. R. App. P. 38.6(d).

3. The parties have agreed to this motion, as described in the Certificate of Conference below.

4. The trial court was the 32nd Judicial District Court of Nolan County, Texas.

5.    The date of Judgment is February 28, 2017.

6.    The case number and style of the case is in the trial court is Cause No. 19,506; Wesley Sims vs. Bitter Creek Water Supply Corporation.

## B.  Argument & Authorities

7.    The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.

8.    Michael Hall, Appellee's principal attorney, at the trial of this cause had previously scheduled a family vacation to last from June 24, 2017 until July 9, 2017.  He had reservations and travel arrangements made during that period.  Further, other cases have been set for trial in July 2017, one a jury trial in Midland and one case, now settled, which was a jury trial in Nolan County, also set for trial in July 2017.

9.    No prior extensions have been granted to extend the time to file Appellee's brief.  The reporter's record was filed on May 1, 2017 and the clerk's record was filed on May 3, 2017.  Appellent's Brief was filed on June 2, 2017.  The deadline for filing Appellee's brief would be July 3, 2017.

10. Appellee needs additional time to file his brief because:

   a.    Trial counsel has been on a family vacation.

11. This motion is not sought for the purpose of delay, but to ensure the Court has adequate and sufficient briefing to aid in its decision-making process and to ensure that Appellee has adequate redress of its remedies.

## PRAYER

12. For these reasons, Appellee respectfully requests the Court to grant an extension of time to file their brief up to and including July 31, 2017. Appellee requests general relief.

Respectfully submitted,

**THE HALL LAW FIRM**
119 East 3rd Street
P.O. Box 168
Sweetwater, Texas 79556
Tel: (325) 235-4345
Fax: (325) 235-4348

By: _____
Lance Hall
State Bar No. 08763500
ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I certify that the undersigned has previously conferred with counsel for Appellant Bitter Creek Water Supply Corporation, Wayne Watson, by telephone who had advised that he is unopposed to the relief requested in this motion.

_____
Lance Hall

## CERTIFICATE OF SERVICE

I certify that on June 30, 2017, a true and correct copy of Appellee's First Motion to Extend Time to File Brief was served upon the following attorneys of record by method indicated below:

_____
Lance Hall

Wayne Watson
Jessica Haile
McMahon Surovik Suttle
P.O. Box 3679
Abilene, Texas 79601
*Via Facsimile (325) 676-8836*

STATE OF TEXAS                              §
                                           §
COUNTY OF NOLAN                            §

My name is Lance Hall.  I am a practicing attorney in Sweetwater, Texas.  I am over the age of 21 years and competent to make this affidavit.

I am a partner with Michael Hall.  We are the attorneys for Wesley Sims and his wife Latria in the matter of Wesley Sims vs. Bitter Creek Water Supply Corporation which was tried in the 32nd Judicial District Court of Nolan County, Texas and is now being appealed in this Court.

Michael Hall was the principal trial attorney in this matter.  He and his family have had a long scheduled vacation, part of which was in the company of his wife Amanda's family.  The vacation was scheduled from June 24, 2017 until July 7, 2017.  We had also arranged with Derek Montgomery to work with us on the brief but he is only recently returning from a trip to Africa.  We also have a jury trial set on July 24, 2017 in Midland County, Texas in Cause No. FM-61934; *ITMOTMO Joy Maraio-Wilhoit and Ronald Edwin Wilhoit*; In the 318th District Court of Midland County, Texas.

"Further sayeth affiant not."

_____
Lance Hall

SIGNED AND SWORN TO ME THIS 30th day of June, 2017.

RAQUEL MONCADA
Notary Public, State of Texas
Comm. Expires 08-01-2020
Notary ID 125001068

_____
Notary Public, State of Texas